exist, summary judgment may properly enter if dictated by applicable law. *Kirby, Inc.* v. *Weiler*, 108 R.I. 423, 425, 276 A.2d 285, 286-87 (1971).

The plaintiff, through his attorney, appeared before us on the specified date and attempted to show cause. He failed, however, to demonstrate that any genuine issues of material fact existed in the case at bar and additionally failed to excuse his failure to comply with the requirement of Super. R. Civ. P. 56(c) that a party against whom a motion for summary judgment is made, if he is to avoid the granting of the motion, must in his response set forth specific facts showing that there is a genuine issue of material fact for trial.

The plaintiff having failed to show cause why his appeal should not be dismissed, his appeal is herewith denied and dismissed, the judgment appealed from is affirmed and the case is remanded to the Superior Court. *Samuel A. Olevson,* for plaintiff. *Mark E. Liberati, Theodore A. Miller,* for defendant.

September 13, 1979.

M. P. No. 79-133. Michael Villella *v.* The Retirement Board of the City of Providence *et al.* The petition for writ of certiorari is granted. *Gladstone & Zarlenga, B. Lucius Zarlenga,* for petitioner. *John Rotondi, Jr.,* Deputy City Solicitor, *Frank Mastrati, Jr.,* Special Counsel, for respondents.

M. P. No. 79-267. City of Providence *v.* Robert Kalian and Anna Kalian. The petition for writ of certiorari and motion to consolidate are denied. *Richard G. Riendeau,* for plaintiff-respondent. *Aram K. Berberian,* for defendants-petitioners.

M. P. No. 79-279. A. Carlotti & Co., Inc. *v.* John H. Norberg, Tax Administrator. The petition for writ of certiorari is granted. *Hinckley, Allen, Salisbury & Parsons, Stephen J. Carlotti,* for petitioner. *Dennis J. Roberts II,* Attorney General, *William G. Brody,* Assistant Attorney